In the matter of the estate of MARY BENDER, deceased.

[Submitted October term, 1937.  Decided January 26th, 1938.]

*Mr. Samuel Koestler* and *Mr. Edward A. Markley,* for the appellant.

*Mr. John J. Stamler,* for the respondents.

PER CURIAM.

The proofs, carefully examined, abundantly support the findings of the learned vice-ordinary from whose decree the present appeal is taken.

The decree will be affirmed, with costs.

*For affirmance*—PARKER, LLOYD, BODINE. DONGES, HEHER, PERSKIE, DEAR, WELLS, RAFFERTY, JJ.  9.

*For reversal*—None.